Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 200
Boise, ID 83702
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: bwilson@hawleytroxell.com

Attorneys for Plaintiff Timothy R. Kurtz, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>GORDON JONES and VICKI L. JONES,<br><br>  Debtors. | Bankr. Case No. 19-00138-JMM<br><br>Chapter 7 |
| TIMOTHY R. KURTZ, solely in his capacity of the Chapter 7 Trustee of the above bankruptcy estate of Gordon and Vicki L. Jones,<br><br>  Plaintiff,<br><br>vs.<br><br>SALLY MCMINN,<br><br>  Defendant. | Adversary Proc. No. 23-06001-JMM<br><br>**AMENDED SUMMONS IN AN ADVERSARY PROCEEDING** |

AMENDED SUMMONS IN AN ADVERSARY PROCEEDING

58817.0009.15511677.1

**TO:    Sally McMinn
        3885 W. Twilight Ct.
        Boise, Idaho 83703-4272**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

Clerk, U.S. Bankruptcy Court
550 W. Fort Street
Boise, Idaho 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Brent R. Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Email: bwilson@hawleytroxell.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



United States Courts
District of Idaho
**ISSUED**
*Chantelle Knudsen
on Feb 24, 2023 9:35 am*

AMENDED SUMMONS IN AN ADVERSARY PROCEEDING

58817.0009.15511677.1